**Order entered August 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00703-CR
No. 05-14-00718-CR
No. 05-14-00721-CR
No. 05-14-00722-CR

**XAVIER ALEXANDER ANDRADE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-47191-H, F13-47190-H, F13-25334-H, F13-25336-H**

## ORDER

The Court **REINSTATES** the appeals.

On July 28, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We received the reporter's record on August 25, 2014. Therefore, in the interest of expediting the appeals, we **VACATE** the July 28, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    LANA MYERS
        JUSTICE